# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET YOUNG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; COMPUTER SCIENCES CORPORATION DISABILITY PLAN; and COMPUTER SCIENCES CORPORATION LIFE PLAN,<br><br>　　　　　Defendants. | Case No. SACV10-00346 DOC (ANx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

Upon consideration of the parties' stipulation for dismissal, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all defendants, with the parties to bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 31, 2011

　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　　Hon. David O. Carter
　　　　　　　　　　　　　　　　　United States District Judge